**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

**Case No.:** CV 04-1255-HU - LEAD CASE          **Date of Proceeding:** December 7, 2004

**Case Title:** AUTUMN PARTNERS, LLC v. LATTICE SEMINCONDUCTOR CORPORATION, ET AL

**Presiding Judge: Hon. Dennis J. Hubel**          **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** KB/FTR          **Tape No:**

| PLAINTIFF'S COUNSEL | | DEFENDANT'S COUNSEL |
|---|---|---|
| Brian Campf | Shelly Thompson (phone) | Lois Rosenbaum |
| Gary Grenley | Dennis Herman (phone) | |
| Brian Campf | Tamara Driscoll (phone) | |
| Elise Cohen (phone) | Christopher Keller (phone) | |
| Scott Schorr (phone) | Nancy Ghabai (phone) | |

**DOCKET ENTRY:**

Record of time set for hearing on any objection to the Motion to Appoint Lead Plaintiff Jeffrey Thompson [18] and Scheduling Conference:

While it did not file any formal written objection to the motion, plaintiff Autumn Partners, LLC orally objected on the record to the appointment of Jeffrey Thompson as lead plaintiff. ORDER - Autumn Partners shall file its brief on this issue by December 14, 2004; any response to that filing is due December 21, 2004. The court will take the motion under advisement on December 21, 2004.

Upon appointment of lead counsel, the court will set a schedule, as discussed with counsel, for the filing of a consolidated amended complaint and any response thereto, and will set a date for a further scheduling conference, before which the parties shall confer with respect to any potential motion to dismiss the amended complaint, the general case schedule, and whether or not there will be full consent to proceed before magistrate judge in this consolidated proceeding.

cc:  (  )  All counsel                                               DOCUMENT NO: _____
**Civil Minutes**                                              **Honorable Dennis J. Hubel**
**Revised 4/22/98**