IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AUTUMN PARTNERS, LLC, individually and on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>LATTICE SEMICONDUCTOR CORP., et al.,<br><br>        Defendants. | No. 04-1255-HU<br>(Lead Case)<br><br><br>ORDER |

HUBEL, Magistrate Judge:

On December 7, 2004, the court held a hearing on the motion to appoint Jeffrey Thompson lead plaintiff (doc. # 18) and a scheduling conference. At the hearing, Autumn Partners, LLC made an oral objection on the record to the appointment of Mr. Thompson. The court granted Autumn Partners leave to file a brief on the issue by December 14, 2004, with a response being due December 21, 2004.

On December 9, 2004, the court received a letter from Autumn

ORDER Page 1

Partners stating that it was no longer interested in pursuing a lead plaintiff role in the case. Accordingly, the briefing schedule is vacated and, there being no other opposition, the motion to appoint Jeffrey Thompson as lead plaintiff (doc. # 18) is GRANTED.

As previously discussed with counsel at the hearing, the following schedule is set for this case:

1. Lead plaintiff shall file the consolidated complaint by January 27, 2005.
2. Counsel for all parties shall meet and confer regarding the following issues not later than February 11, 2005:
   a. any contemplated motion to dismiss;
   b. use of Rule 26(a)(1) initial disclosures;
   c. whether all parties consent to Magistrate Judge jurisdiction;
   d. the case schedule.
3. Defendants shall file their answer or any motions to dismiss the complaint, and address whether the consolidated complaint shall be treated as the original complaint for purposes of an automatic right to file a further amended complaint if a motion to dismiss is granted, by February 28, 2005.
4. The parties shall submit a jointly proposed case schedule to the court not later than March 2, 2005.
5. A scheduling conference to set the case schedule and to schedule oral argument on any motions to dismiss will be held on March 4, 2005, at 9:30 a.m.

ORDER Page 2

| | |
|---|---|
| 1 | 6. Responses to any motions to dismiss are due not later |
| 2 | than March 14, 2005. |
| 3 | 7. Replies are due by March 28, 2005. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated this 10th day of December, 2004. |

/s/   Dennis James Hubel

Dennis James Hubel
United States Magistrate Judge